DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
MICHAEL A. SCHAPS (Bar No. 247423)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
mthomas@downeybrand.com
mschaps@downeybrand.com

Attorneys for Plaintiff
ATPAC, INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATPAC, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APTITUDE SOLUTIONS, INC., A FLORIDA CORPORATION, COUNTY OF NEVADA, A CALIFORNIA COUNTY, AND GREGORY J. DIAZ, AN INDIVIDUAL,<br><br>Defendants. | Case No.  2:10-CV-00294-WBS-KJM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

Plaintiff AtPac, Inc., a California Corporation, and Defendants Aptitude Solutions, Inc., a Florida Corporation, County of Nevada, a California County, and Gregory J. Diaz, an individual, by and through their respective counsel of record, hereby STIPULATE and AGREE  that, good cause existing, the time within which the parties shall disclose any experts and produce expert reports in accordance with Federal Rule of Civil Procedure section 26(a)(2), to disclose any rebuttal experts and produce rebuttal expert reports in accordance with Federal Rule of Civil Procedure section 26(a)(2), and to complete discovery shall each be extended by three and one half months.

1

Accordingly, the parties shall disclose any experts and produce expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than May 15, 2011. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before June 15, 2011. All discovery shall be conducted so as to be completed by September 15, 2011.

Finally, in order to accommodate the foregoing changes, the parties STIPULATE and AGREE to move the deadline for all motions, except motions for continuances, temporary restraining orders, or other emergency applications, to be filed from August 1, 2011, until October 1, 2011.

DATED: October 26, 2010              DOWNEY BRAND LLP

                                     By        /s/ *MICHAEL A. SCHAPS*
                                                MICHAEL A. SCHAPS
                                                Attorney for Plaintiff
                                         ATPAC, INC., A CALIFORNIA
                                                  CORPORATION

DATED: October 26, 2010              CYPRESS, LLP

                                     By         /s/ *DOUG ROY*
                                                   DOUG ROY
                                             Attorney for Defendants
                                       APTITUDE SOLUTIONS, INC., A FLORIDA
                                       CORPORATION, COUNTY OF NEVADA, A
                                       CALIFORNIA COUNTY, AND GREGORY
                                             J. DIAZ, AN INDIVIDUAL

**ORDER**

The foregoing shall be and hereby is SO ORDERED.

Dated:  October 27, 2010.

_____
U.S. MAGISTRATE JUDGE