UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ATPAC, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>APTITUDE SOLUTIONS, INC., a Florida corporation, COUNTY OF NEVADA, a California county, and GREGORY J. DIAZ, an individual,<br><br>    Defendants.<br>_____/ | NO. CIV. 2:10-294 WBS KJM<br><br>ORDER RE: REQUEST FOR RECONSIDERATION OF MAGISTRATE JUDGE'S RULING DATED NOVEMBER 18, 2010 |

----oo0oo----

Defendants move for reconsideration of the Magistrate Judge's November 18, 2010, Order (Docket No. 56) regarding requests for production of documents and admission. (Docket No. 61.)

Reviewing the Order under a "clearly erroneous or contrary to law" standard, Fed. R. Civ. P. 72(a); see also 28 U.S.C. § 636(b)(1)(A), the question is not whether this court

1

would impose a different sanction or rule differently.  The question is whether the Magistrate Judge's Order was clearly erroneous or contrary to law.  This court cannot conclude that it was.

        IT IS THEREFORE ORDERED that defendants' request for reconsideration by the District Court of the Magistrate Judge's November 18, 2010, Order be, and the same hereby is, DENIED.

DATED:  December 14, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE