UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATPAC, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>APTITUDE SOLUTIONS, INC., ET AL.,<br><br>        Defendants. | **Case No. 2:10-CV-00294-WBS-JFM (TEMP)**<br><br>**ORDER**<br><br>[Notice of Request to Seal Documents and Request to Seal Documents filed concurrently herewith] |

Because it is difficult and impracticable to seal only specified pages of a document, the court will order sealed the entire documents containing the specified pages the parties ask to have sealed.  IT IS THEREFORE ORDERED that Docket entries 91 and 92 be filed under seal.  This order shall be subject to reconsideration on the motion of any party or other interested person to this action.

DATED:  February 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1       [PROPOSED] ORDER