DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
MICHAEL A. SCHAPS (Bar No. 247423)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
mschaps@downeybrand.com

Attorneys for Plaintiff
ATPAC, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATPAC, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>APTITUDE SOLUTIONS, INC., a Florida corporation, COUNTY OF NEVADA, a California County, and GREGORY J. DIAZ, an individual,<br><br>    Defendants. | Case No.  2:10-CV-00294-WBS-KJM<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN CONNECTION WITH ATPAC, INC'S MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE SANCTIONS**<br><br>Date: March 28, 2011<br>Time: 2:00 p.m.<br>Courtroom: 5 |

The Court has received the Request to Seal documents submitted by AtPac, Inc. ("AtPac") in connection with its Motion for Terminating Sanctions, or in the Alternative, Issue Sanctions. Having considered the Request and all other papers submitted by the parties in connection herewith, and good cause appearing, the Court HEREBY ORDERS the Clerk of the Court to seal the following pursuant to Eastern District Civil Local Rule 141:

    1.    All Exhibits In Support of AtPac's Motion for Sanctions.

    2.    AtPac's Points and Authorities in Support of its Motion for Sanctions.

The documents shall remain sealed unless and until a further order is issued by the Court.

However, the parties shall not assume from this order that the court will seal its ruling on the motion, or any portion thereof.

1145859.1

1

1       IT IS SO ORDERED.

2

3  DATED:  March 4, 2011

4

5                          WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE

DOWNEY BRAND LLP

1145859.1     2

[PROPOSED] ORDER GRANTING REQUEST TO SEAL