UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATPAC, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>APTITUDE SOLUTIONS, INC., ET AL.,<br><br>    Defendants. | **Case No. 2:10-CV-00294-WBS-JFM (TEMP)**<br><br>**ORDER** |

In light of the various motions and requests by both parties to file their documents under seal, IT IS HEREBY ORDERED all pleadings and other materials submitted in support of or opposition to any pending motions be filed under seal. This order is subject to reconsideration upon the application of any party to this lawsuit, or any other interested party. The parties should further be aware that the court has no intention of filing under seal its Order, or any portions thereof, on any pending motions.

DATED: March 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE