DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
MICHAEL A. SCHAPS (Bar No. 247423)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
mthomas@downeybrand.com
mschaps@downeybrand.com

Attorneys for Plaintiff
ATPAC, INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATPAC, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APTITUDE SOLUTIONS, INC., A FLORIDA CORPORATION, COUNTY OF NEVADA, A CALIFORNIA COUNTY, AND GREGORY J. DIAZ, AN INDIVIDUAL,<br><br>Defendants. | Case No.  2:10-CV-00294-WBS-KJM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

Plaintiff AtPac, Inc., a California Corporation, and Defendants Aptitude Solutions, Inc., a Florida Corporation, County of Nevada, a California County, and Gregory J. Diaz, an individual, by and through their respective counsel of record, hereby STIPULATE and AGREE  that, good cause existing, the time within which the parties shall disclose any experts and produce expert reports in accordance with Federal Rule of Civil Procedure section 26(a)(2) and to disclose any rebuttal experts and produce rebuttal expert reports in accordance with Federal Rule of Civil Procedure section 26(a)(2) shall each be extended by one and one half months.

Accordingly, the parties shall disclose any experts and produce expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than July 1, 2011. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before August 1, 2011.

DATED: April 15, 2011                          DOWNEY BRAND LLP


                                               By_____/s/ Michael A. Schaps_____
                                                    MICHAEL A. SCHAPS
                                                    Attorney for Plaintiff
                                                    ATPAC, INC., A CALIFORNIA
                                                    CORPORATION CYPRESS, LLP


                                               By_____/s/ Robert Muller_____
                                                    ROBERT MULLER
                                                    Attorney for Defendants
                                                    APTITUDE SOLUTIONS, INC., A FLORIDA
                                                    CORPORATION, COUNTY OF NEVADA, A
                                                    CALIFORNIA COUNTY, AND GREGORY
                                                    J. DIAZ, AN INDIVIDUAL

## **ORDER**

The foregoing shall be and hereby is SO ORDERED.

Dated: April 19, 2011

_____
UNITED STATES MAGISTRATE JUDGE