1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOHN S. POULOS  #154689
2  MEREDITH E. NIKKEL  #254818
   2600 Capitol Avenue, Suite 300
3  Sacramento, CA  95816-5930
   Telephone:  (916) 329-4700
4  Facsimile:  (916) 441-3583

5  Attorneys for Defendants
   APTITUDE SOLUTIONS, INC., COUNTY
6  OF NEVADA and GREGORY DIAZ

7  DOWNEY BRAND LLP
   WILLIAM R. WARNE  #141280
8  MICHAEL J. THOMAS  #172326
   MICHAEL A. SCHAPS  #247423
9  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814-4731
10 Telephone:  (916) 444-1000
   Facsimile:  (916) 444-2100
11
   Attorneys for Plaintiff
12 ATPAC, INC., a California Corporation

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17  _____
                                              )
18  ATPAC, INC.,                              )   No. 2:10-CV-00294-WBS-JFM
                                              )
19              Plaintiff,                     )   STIPULATION AND [~~PROPOSED~~]
                                              )   ORDER REQUESTING STATUS
20         vs.                                 )   CONFERENCE SOLELY TO MODIFY
                                              )   EXPERT DISCLOSURE DEADLINES
21  APTITUDE SOLUTIONS, INC., et al.,         )
                                              )   Date:      June 13, 2011
22              Defendants.                    )   Time:      2:00 p.m.
                                              )   Room:      5, 14th Floor
23  _____)   Judge:     Hon. William B. Shubb

24
            This Stipulation for an order requesting status conference solely to modify expert
25
    disclosure deadlines ("Stipulation") is entered into by and between Defendants APTITUDE
26
    SOLUTIONS, INC., COUNTY OF NEVADA and GREGORY DIAZ (collectively,
27
    "Defendants"), on the one hand, and Plaintiff ATPAC, INC.'s ("AtPac"), on the other hand
28

1  solely for the purpose of extending the expert disclosure deadlines.  The parties are

2  sometimes individually referred to herein as "Party" and collectively referred to as "the

3  Parties."

4        WHEREAS, on May 2 and May 5, 2011, Pillsbury Winthrop Shaw Pittman LLP

5  substituted in as counsel for Defendants; and

6        WHEREAS, the Parties have agreed to mediate this case on June 21, 2011 before

7  the Honorable Read Ambler at JAMS; and

8        WHEREAS, Defendants believe that expert discovery cannot be completed by the

9  current July 1, 2011 deadline and request that the Federal Rule of Civil Procedure 26(a)(2)

10  initial report deadline be extended until August 8, 2011 and the date for Rule 26(a)(2)

11  rebuttal reports, if any, be extended to August 29, 2011; and

12        WHEREAS, Plaintiff does not oppose Defendants' request:

13        NOW THEREFORE, the Parties agree that a status conference be held on June 13,

14  2011 at 2:00 p.m. solely for the purpose of extending the expert discovery deadlines as set

15  forth herein.  If the Court is able to enter this order amending the scheduling order without

16  the need for an appearance, the parties request that the court please do so and advise the

17  parties that no appearance is necessary.

18        By signing below, counsel for each Party hereby agrees to be bound by the terms of

19  this Stipulation and acknowledges that he/she is authorized in his/her representative capacity

20  to bind his/her respective client(s) to the terms of this Stipulation.

21        Dated:  June 8, 2011.

22                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                          JOHN S. POULOS
23                          MEREDITH E. NIKKEL
                          2600 Capitol Avenue, Suite 300
24                          Sacramento, CA  95816-5930

25

26                          By _____ /s/ John S. Poulos _____
                                       John S. Poulos
27                          Attorneys for Defendants
                          APTITUDE SOLUTIONS, INC., COUNTY OF
28                          NEVADA and GREGORY DIAZ

1

2        Dated:  June 8, 2011.

                                    DOWNEY BRAND LLP
3                                   WILLIAM R. WARNE
                                    MICHAEL J. THOMAS
4                                   MICHAEL A. SCHAPS
                                    621 Capitol Mall, 18th Floor
5                                   Sacramento, CA 95814-4731

6

7                                   By _____/s/ Michael J. Thomas_____
                                             Michael J. Thomas
8                                   Attorneys for Plaintiff
                                    ATPAC, INC., a California Corporation
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    <u>ORDER</u>

2          The Parties jointly requested a status conference, and Defendants requested that the

3    expert discovery deadline of July 1, 2011 be extended to August 8, 2011 for initial reports

4    pursuant to Federal Rule of Civil Procedure 26(a)(2) and that the deadline for rebuttal

5    reports be extended to August 29, 2011.  Plaintiff does not oppose this request.

6          IT IS HEREBY ORDERED that:

7          1.      The Federal Rule of Civil Procedure 26(a)(2) deadline is extended to

8    August 8, 2011; and

9          2.      Rebuttal reports, if any, are now due August 29, 2011.

10         3.      **In light of the foregoing order, no status conference on June 13, 2011 is**

11   **necessary**.

12         Dated:  June 9, 2011

13

14                                                        WILLIAM B. SHUBB
                                                          UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28