```
 1  DOWNEY BRAND LLP
    WILLIAM R. WARNE (Bar No. 141280)
 2  MICHAEL J. THOMAS (Bar No. 172326)
    MICHAEL A. SCHAPS (Bar No. 247423)
 3  621 Capitol Mall, 18th Floor
    Sacramento, CA  95814-4731
 4  Telephone:    (916) 444-1000
    Facsimile:    (916) 444-2100
 5  bwarne@downeybrand.com
    mthomas@downeybrand.com
 6  mschaps@downeybrand.com

 7  Attorneys for Plaintiff
    ATPAC, INC., a California corporation
 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATPAC, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>APTITUDE SOLUTIONS, INC., a Florida corporation, COUNTY OF NEVADA, a California County, and GREGORY J. DIAZ, an individual,<br><br>            Defendants. | Case No.  2:10-CV-00294-WBS-KJM<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN CONNECTION WITH ATPAC, INC'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:     July 5, 2011<br>Time:    2:00 p.m.<br>Judge:   Hon. William Shubb<br>Dept:    Courtroom 5 |

The Court has received the Request to Seal documents submitted by AtPac, Inc. ("AtPac") in connection with its Motion for Summary Adjudication. Having considered the Request and all other papers submitted by the parties in connection herewith, and good cause appearing, the Court HEREBY ORDERS the Clerk of the Court to seal the following documents pursuant to Eastern District Civil Local Rule 141:

 1. Exhibits J and L to the Declaration of Michael J. Thomas in Support of AtPac, Inc.'s Motion for Summary Adjudication, filed herewith, which include or reference AtPac's trade secret schema; and

 2. Memorandum of Points and Authorities In Support of AtPac, Inc.'s Motion for

1163043.1

1

1  Summary Adjudication, filed herewith, which contains a description of AtPac's
2  trade secret bond paper tracking functionality.
3  The documents shall remain sealed unless and until a further order is issued by the Court.
4  IT IS SO ORDERED.

DATED:   August 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE