DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
MICHAEL A. SCHAPS (Bar No. 247423)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mthomas@downeybrand.com
mschaps@downeybrand.com

Attorneys for Plaintiff
ATPAC, INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATPAC, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APTITUDE SOLUTIONS, INC., A FLORIDA CORPORATION, COUNTY OF NEVADA, A CALIFORNIA COUNTY, AND GREGORY J. DIAZ, AN INDIVIDUAL,<br><br>Defendant. | Case No.  2:10-CV-00294-WBS-KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

WHEREAS, the parties have settled their dispute; and

WHEREAS, on June 1, 2011, Plaintiff AtPac, Inc. submitted to the Court via email Exhibits J and L to the Declaration of Michael J. Thomas in Support of Plaintiff's Motion for Summary Adjudication, both of which exhibits Plaintiff contends contain its highly valuable trade secrets, and filed a request to seal these documents (Doc. No. 171); and

WHEREAS, this Court has previously granted a similar requests to seal documents in this case (*see* Doc. Nos. 96, 131); therefore

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that Plaintiff's pending Request to Seal Documents (Doc. No. 171) be granted and that the above-captioned action be dismissed with prejudice pursuant to Federal

1  Rule of Civil Procedure 41(a)(2), with each party to bear its own attorneys' fees and costs.

DATED: July 22, 2011                    DOWNEY BRAND LLP

                                        By:        */s/ MICHAEL A. SCHAPS*
                                                MICHAEL A. SCHAPS
                                                Attorney for Plaintiff
                                            ATPAC, INC., A CALIFORNIA
                                                   CORPORATION

DATED: July 22, 2011                    PILLSBURY WINTHROP SHAW PITTMAN LLP

                                        By:        */s/ MEREDITH E. NIKKEL*
                                                MEREDITH E. NIKKEL
                                                Attorney for Defendants
                                        APTITUDE SOLUTIONS, INC., A FLORIDA
                                        CORPORATION, COUNTY OF NEVADA, A
                                        CALIFORNIA COUNTY, AND GREGORY J.
                                              DIAZ, AN INDIVIDUAL,

## **ORDER**

IT IS HEREBY ORDERED that Plaintiff's Request to Seal Documents (Doc. No. 171) is GRANTED and the above-entitled matter is DISMISSED WITH PREJUDICE.

DATED: August 3, 2011

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE